IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARSON HAYES and<br>MILDRED GERALDINE HAYES | : :<br>: | |
| | : | CIVIL ACTION NO.  02-CV-3937 |
| Plaintiffs, | : : | |
| v. | : : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : : : : : : | ENTRY OF APPEARANCE |
| Defendants. | : : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                     Aline Fairweather

_____     _____
Alison T. Conn                                        Kirstin J. Miller

Dated:  July _____, 2002         DECHERT PRICE & RHOADS
                                               4000 Bell Atlantic Tower
                                               1717 Arch Street
                                               Philadelphia, PA  19103-2793
                                               (215) 994-4000